BEFORE: WILLIAM D. WALL                    DATE: 05/19/09

UNITED STATES MAGISTRATE JUDGE            TIME: 11:00 AM

DOCKET NO. CV 01-3566                    ASSIGNED JUDGE: IRIZARRY

CASE NAME: NOVAK, ET AL. V. ACTIVE WINDOW, ET AL.

_____ CIVIL CONFERENCE

Initial ___ Status ___ Settlement ___ Pretrial ___ Other: Motion Hearing

APPEARANCES:    Plaintiff      Robert Novak

_____

                Defendant      Cynthia Kouril

                _____

**SCHEDULING:** The next Pretrial conference will be held on November 17, 2009 at 11:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

☒    Other: All discovery inclusive of expert discovery must be completed no later than September 30, 2009. Any party intending to file a Rule 56 Motion shall commence that process no later than October 16, 2009. A joint proposed pretrial order shall be filed at the pretrial conference. The parties are warned that any alleged failure to comply with discovery obligations shall be addressed by motions to compel pursuant to Rule 37. The parties are further warned that these deadlines will not be extended. The pretrial conference scheduled for May 29, 2009 is adjourned to the above date.

SO ORDERED

/s/ William D. Wall
WILLIAM D. WALL

United States Magistrate Judge