UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ROBERT NOVAK d/b/a PetsWarehouse.com,

Notice of Motion
and Motion

Plaintiff,

-against-                                                      01 CV 3566

(DRH)(WDW)

ACTIVE WINDOW PRODUCTIONS, INC.,
MARK ROSENSTEIN, CYNTHIA S. POWERS,
DAN RESLER, JARED WEINBERGER,
THOMAS BARR, "JOHN DOE" and "MARY DOE",

Defendants

-------------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the Summons and Complaint, the

Amended Complaint, the Answer, the affirmation of Cynthia A. Kouril dated August 13,

2009, and the exhibits attached thereto, and upon all of the other papers proceedings and

prior orders heretofore had in this action, Defendants ACTIVE WINDOW

PRODUCTIONS, INC. and MARK ROSENSTEIN, by and through its undersigned

counsel, will move this honorable Court before the Honorable William D. Wall, United

States Magistrate Judge at the Federal Courthouse, 100 Federal Plaza, Central Islip, New

York 11722 on the 14th day of September, at 11 o'clock in the forenoon of that day or as

soon thereafter as the parties may be heard for an Order sanctioning Mr. Novak as

follows:

1.       Sanctioning plaintiff via issue preclusion for willful failure to produce
         discovery.

2.      Sanctioning Plaintiff via a conditional order of dismissal of Plaintiff's

Complaint, unless Plaintiff produces all outstand discovery within 14 days

and submits to deposition with 7 days after that.

3.      Authorizing the defense to move the court for costs and attorney's fees.

AND DEFENDANT FURTHER MOVE, that the Court issue a Report and

Recommendation to the District Court Judge recommending:

1.      The dismissal of this action as a sanction for failing to cooperate in

discovery and for willfully dilatory and contumacious conduct as well as repeated and

flagrant violations of this Court's order and the Federal Rules of Civil Procedure.

or

Alternatively, should this court find that plaintiff's conduct is not willful, and Order

precluding plaintiff from offering into evidence at trial in defense of motion for Summary

Judgment any of the information which plaintiff failed to disclose.

Pursuant to Rule 6 (d) and (e) of the Federal Rules of Civil Procedure,

opposing affidavits, if any, must be served upon the undersigned and filed with the Court

no later than one day prior to the hearing date of this motion or not less than four days

prior if served by mail.

Dated: August 13, 2009
       Melville, New York

CYNTHIA A. KOURIL (4899)
ROBERT L. FOLKS & ASSOCIATES,LLP
Attorney for Defendants Active Window
Productions, Inc. and Mark Rosenstein
510 Broad Hollow Road, Suite 305
Melville, New York 11747
(631) 845-1900
fax # (631) 845-8779

TO:

        Robert Novak
        Plaintiff Pro Se
        1550 Sunrise Highway
        Copiague, New York 11726