UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT NOVAK d/b/a PetsWarehouse.com,      Affidavit of Service

                     Plaintiff,

-against-      CV 01 3566

ACTIVE WINDOW PRODUCTIONS, INC.,
MARK ROSENSTEIN, ROBERT HUDSON d/b/a
AQUABOTANIC.COM,

                     Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK )
                   : ss :
COUNTY OF SUFFOLK)

       TERESA M. QUAIES, being duly sworn, deposes and says:

       I am not a party to the action, am over eighteen years of age, and reside at Oakdale, New York

       On April 13, 2009, I served the within Defendant's Memorandum of Law and Motion for Sanctions by depositing a true copy thereof in an official depository under the exclusive care and custody of the United Parcel Service, Second Day Ground, Tracking No. K141 836 538 0, addressed to each of the following persons at the last known address set forth after each name:

               Robert Novak
               c/o Pets Warehouse
               1550 Sunrise Highway
               Copiague, New York 11726

                                                         _____
                                                         Teresa M. Quaies

Sworn to before me this
13th day of August, 2009

_____

CYNTHIA A. KOURIL
Notary Public, State of New York
No. 02KO6024802
Qualified in Nassau County
Commission Expires May 17, 20/5