BEFORE: WILLIAM D. WALL                                        DATE: 12/11/09

UNITED STATES MAGISTRATE JUDGE                TIME: 11:00 AM

DOCKET NO.   CV 01-3566                                ASSIGNED JUDGE: IRIZARRY

CASE NAME:  NOVAK, ET AL. V. ACTIVE WINDOW, ET AL.

                                                CIVIL CONFERENCE

Initial _____   Telephone-Status __X__   Settlement _____   Pretrial _____   Other:_____

APPEARANCES:     Plaintiff        Robert Novak ( pro se )

                                Defendant        Cynthia Kouril

**SCHEDULING:** The next   conference will be held on     at    .

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

x☐   Other: Plaintiff's motion of 12/10/09 ( DE 193 ) and defendant's cross motion of same date ( DE 192 ) are both DENIED. Mr. Rosenstein's deposition will be held in Boston on December 21, 2009 and will be limited to 7 hours. ( Rule 30 FRCP ).

                                                            SO ORDERED

                                                            /s/William D. Wall
                                                            WILLIAM D. WALL
                                                            United States Magistrate Judge