**Robert Novak**
**1550 Sunrise Hwy**
**Copiague, New York 11726**
**631.842.0400 Fax 631.789.9340**



RECEIVED
IN CHAMBERS OF
HON. WILLIAM D. WALL
DEC 18 2009

December 18, 2009

**Honorable Magistrate Judge William D. Wall, U.S.M.J.**
United States District Court
Long Island Federal Courthouse
843 federal Plaza
Central Islip, New York 11722-4449

Re: Novak v. Active Window Pub, Et Al  No. Cv 01- 3566 (DRH-WDW)

Dear Judge Wall,

In anticipation of this weekend forecast of blizzard conditions over the weekend both here and Boston I need to reschedule Monday's deposition.

I would like to re-schedule the next day 22nd or the 23rd.

Ms Kouril refused to change Mondays date, saying that she doesn't want to make two trips, which makes no sense.

As usual she is being difficult.

I am not risking driving in these conditions, my request is very reasonable.

I spoke to the Court reporter in Boston and she can not be sure she will get there if the conditions are bad.

Respectfully Submitted.

Robert Novak
Fax: Robert Folks & Assoc.
845.8779

# ROBERT L. FOLKS & ASSOCIATES, LLP
## ATTORNEYS AT LAW

510 Broad Hollow Road, Suite 304A
Melville, New York 11747

ROBERT L. FOLKS
CYNTHIA A. KOURIL

(631) 845-1900
Telecopier: (631) 845-8779

Thomas L. Costa
Of Counsel

TO: Hon William Wall / Robert Novak

FROM: Cynthia Kouril

DATE: 12/18/02

RE: _____

FAX NO.: 631-712-5725 / 631-789-9340

NUMBER OF PAGES EXCLUDING THIS PAGE: 2

COMMENTS: _____

PLEASE CALL IF ANY PAGES ARE MISSING FROM TRANSMITTAL

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.