BEFORE: WILLIAM D. WALL            DATE: 4/27/10

UNITED STATES MAGISTRATE JUDGE            TIME: 2:30 PM

DOCKET NO.  CV 01-3566            ASSIGNED JUDGE: IRIZARRY

CASE NAME: NOVAK, ET AL. V. ACTIVE WINDOW PUBLICATIONS, INC., ET AL.

**CIVIL CONFERENCE**

Initial _____   Status _____   Settlement/ Pretrial __X__   Other:_____

APPEARANCES:   Plaintiff   Robert Novak

           Defendant   Cynthia Kouril

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐ Referred to mediation by separate order.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X Other: The case is settled. The parties shall submit a stipulation of discontinuance with Judge Irizarry, and a settlement stipulation filed with this court which will be SO ORDERED and sealed.

           SO ORDERED

           /s/William D. Wall
           WILLIAM D. WALL
           United States Magistrate Judge