**Robert Novak**
**1550 Sunrise Hwy**
**Copiague, New York 11726**
**631.842.0400 Fax 631.842.1476**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 04 2010

LONG ISLAND OFFICE

**May 4, 2010**

**Honorable Magistrate Judge William D. Wall, U.S.M.J.**
United States District Court

Re: Novak v. Active Window Pub, Et Al No. Cv 01- 3566 (DRH-WDW)

Dear Judge Wall,

In regard the settlement stipulation I am requesting that all the dates contained therein be extended 7 days (1 week).

There are over 6000 documents for myself to markup redactions.
I contacted Ms. Kouril yesterday she apparently didn't get my fax request. She said even if she had the Court need to order it.

She said she will not be available to contact today and limited availably tomorrow.
There is obviously no harm in this request to the defendants.

Respectfully submitted

Robert Novak

Cc: Robert Folks by fax.